United States District Court
Southern District of Texas
**ENTERED**
May 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE REDEEMED CHRISTIAN CHURCH OF GOD and JOEL ONYEMA UZOMA, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-2170 |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | § § § | |
| Defendant. | § § | |

## ORDER OF REMAND

For the reasons stated in the court's Memorandum and Opinion of even date, this case is remanded to the United States Citizenship and Immigration Services.

SIGNED on May 26, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge